Robert C. Niesley, Esq. (Bar No. 131373)
WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.
2040 Main Street, Suite 300
Irvine, CA 92614
(949) 852-6700 telephone
(949) 261-0771 fax

Attorneys For Plaintiffs
PEERLESS INSURANCE COMPANY, CUMBERLAND
CASUALTY & SURETY COMPANY and
SURETY SPECIALISTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PEERLESS INSURANCE COMPANY, a New Hampshire Corporation; SURETY SPECIALISTS, INC., a Florida Corporation; CUMBERLAND CASUALTY & SURETY COMPANY, a Florida Corporation,<br><br>         Plaintiffs,<br><br>    vs.<br><br>CONTRACTORS BOND BROKERAGE, INC. aka GENTRY CONTRACTORS BOND INSURANCE BROKERAGE, a California Corporation; MARK J. GENTRY, an individual; MADELAINE E. GENTRY, an individual,<br><br>         Defendants. | CASE NO.  C03-03795 PJH<br><br>**STIPULATION OF DISMISSAL AND ORDER THEREON** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed without prejudice pursuant to FRCP 41(a)(1).

1 | No fees or costs shall be awarded to any defendant herein. Plaintiffs
2 | reserve all rights to fees and costs, and to re-file any of the claims
3 | stated herein.

5 | DATED: January 12, 2006

Robert C. Niesley, Esq.
Attorney for Plaintiff
PEERLESS INSURANCE COMPANY

8 | DATED: January 12, 2006

for Patrick J. McMahon, Esq.
Attorneys for Defendant
CONTRACTORS BOND BROKERAGE,
INC. aka GENTRY CONTRACTORS
BOND INSURANCE BROKERAGE

ORDER

Pursuant to stipulation, IT IS SO ORDERED.

1/23/06
DATED: ~~January 12, 2006~~

Hon. Phyllis J. Hamilton
United States District Court,

IT IS SO ORDERED
Judge Phyllis J. Hamilton

97707